UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DK ENTERPRISES OF GA, INC., | : | CASE NO. 19-21389-jrs |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | |
| IN RE: | : | CHAPTER 11 |
| | : | |
| DK ENTERPRISES OF CUMMING 141, LLC, | : | CASE NO. 19-21390-jrs |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | |
| IN RE: | : | CHAPTER 11 |
| | : | |
| DK ENTERPRISES OF ROSWELL, LLC, | : | CASE NO. 19-21391-jrs |
| | : | |
| Debtor | : | |
| _____ | : | |

**EMERGENCY MOTION OF DEBTORS FOR (1) ORDER
AUTHORIZING USE OF CASH COLLATERAL
TO AVOID IMMEDIATE AND IRREPARABLE HARM, AND FOR
(2) FINAL ORDER AUTHORIZING CASH COLLATERAL USE**

COME NOW, DK Enterprises of GA, Inc. ("DK Enterprises"), DK Enterprises of

Cumming 141, LLC ("DK 141"), and DK Enterprises of Roswell, LLC ("DK Roswell"), debtors

and debtors in possession in the above-styled chapter 11 cases (collectively, "Debtors"), by and

through the undersigned counsel, and hereby files this Motion (the "Motion") for the entry and

approval of an order, pursuant to Sections 105 and 363 of the Bankruptcy Code and Rules 2002

and 4001 of the Federal Rules of Bankruptcy Procedure, authorizing Debtors' use of cash

collateral on an emergency basis to operate its business in accordance with the proposed budget

(the "Budgets") attached hereto as Exhibit "A-1" and "A-2" and the proposed Interim Order (as defined below) attached as Exhibit "B." In support hereof, Debtors show as follows:

## CONCISE STATEMENT OF RELIEF SOUGHT

| | |
|---|---|
| **Relief Sought:** | **Authority to use cash collateral on an interim basis and, pending a final hearing, final authority to use cash collateral** |
| **Entity with Interest In Cash Collateral:** | **Ameris Bank ("Lender")** |
| **Purposes for the Use of Cash Collateral:** | **Payment of operational expenses and administrative expenses in accordance with the Budgets attached** |
| **Duration:** | **Through the date the Court holds a hearing on final approval (See, Paragraph 13 of the Motion; Paragraph 2 of the Proposed Order)** |
| **Adequate Protection:** | **A lien on all personal property of all Debtors, wherever located and whether created, acquired or arising prior to or after the Petition Date, to the extent and in the priority as Lender's liens and security interests existed as of the Petition Date, and subject to a specified Carve-Out. (Paragraph 17 of the Motion; Paragraphs 4 of the Proposed Order).** |
| **Additional Provisions:** | **Establishment of Events of Default including (i) conversion of the case, (ii) appointment of a trustee, (iii) failure to maintain insurance, and (iv) failure to comply with the terms of the Proposed Order (Paragraph 9 of the Proposed Order)** |

## Introduction

1.     Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, modified, or supplemented, the "Bankruptcy Code") on July 17, 2019 (the "Petition Date"). In accordance with Sections 1107 and 1108 of the Bankruptcy Code, Debtors continue to operate their businesses as debtors in possession.

2.      No creditors' committee has been appointed in this case.  In addition, no trustee or examiner has been appointed.

3.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

4.      The statutory predicate for the relief requested herein is §§ 105(a) and 363 (of the Bankruptcy Code.

## Background

5.      DK Enterprises is the holder of all of the membership interests in four separate single purpose limited liability companies that operate as Atlanta Bread Company franchisees, including Debtors DK 141 and DK Roswell. DK 141 operates an Atlanta Bread Company franchise located in The Collections at Forsyth, 141 Peachtree Parkway, Suite 116, Cumming, GA (the "Collections Location"). DK Roswell operates an Atlanta Bread Company franchise located at Stonebridge Square Shopping Center, 640 West Crossville Road, Suite 100, Roswell, GA ("Stonebridge Location"). The other two locations were operated by DK Enterprises of Cumming, LLC ("DK Cumming"), which operated an Atlanta Bread Company franchise located at the Cumming Marketplace, 908 Buford Road, Cumming, GA ("Marketplace Location"), and DK Enterprises of Dunwoody, LLC ("DK Dunwoody"), which operated an Atlanta Bread Company franchise located at Perimeter Pointe, 1155 Mount Vernon Highway, Suite 1200, Atlanta, GA 30338 ("Perimeter Location"). DK Cumming and DK Dunwoody have ceased operating and filed petitions under Chapter 7.

6.      JL Enterprises of GA, LLC, either through itself or through affiliated entities (hereinafter, all such entities are referred to as "JL Enterprises"), operated Atlanta Bread

Company franchises at the Stonebridge Location, the Marketplace Location, and the Perimeter Location, and was a party to a lease of the Collections Location. On or about May 17, 2017, Debtors acquired the assets of JL Enterprises used in connection with the operations of the Atlanta Bread Company franchises and (i) DK Roswell assumed the operations of the Stonebridge Location, (ii) DK Dunwoody assumed the operations of the Perimeter Location, (iii) DK Cumming assumed the operations of the Marketplace Location, and (iv) DK 141 assumed the interests of JL Enterprises in and to the Collections Location.

7.      In connection with such acquisition, DK Enterprises executed a promissory note in favor of JL Enterprises in the principal amount of $871,612.52, and DK Enterprises executed a Security Agreement pursuant to which JL Enterprises asserts a security interest in the assets of DK Enterprises. JL Enterprises has recorded in January 2019 a UCC-1 financing statement at 058-2019-000176, Forsyth County Records.[1]  JL Enterprises is currently owed approximately $505,520.

8.      JL Enterprises was a party to a Business Loan Agreement dated on or about February 26, 2016, between JL Enterprises, as borrower, and Stearns Bank National Association ("Stearns"), as lender, in the original principal amount of $289,000, secured by, among other things, the assets of the Perimeter Location. Pursuant to a Change in Terms Agreement and Business Loan Agreement, DK Enterprises assumed the obligations of JL Enterprises owed to Stearns (with JL Enterprises remaining obligated). Stearns has filed a UCC-1 financing statement recorded against DK Enterprises at 58-2017-000852, Forsyth County Records, which financing statement was amended at 58-2017-001041, Forsyth County Records, to particularly exclude the

---

[1] JL Enterprises also filed UCC-1 financing statements for DK 141 and DK Roswell, but Debtors dispute that JL Enterprises actually has a lien on or security interest in the assets of such Debtors.

assets located at the Roswell Location and the Marketplace Location. Stearns is currently owed approximately $171,710.

9.      On or about June 20, 2017, Debtors entered into a loan and security agreement with Hamilton State Bank ("Hamilton"), in the principal amount of $573,400. As collateral, Hamilton was provided, among other things, a security interest in furniture, fixtures, equipment, accounts, inventory and intangibles located at the Collections Location and the Stonebridge Location (collectively, and with all other assets pledged to or for the benefit Hamilton, the "Collateral"). Hamilton has filed UCC-1 financing statements recorded at (i) 0602017-05309, Fulton County Records, (ii) 0602017-05310, Fulton County Records, (iii) 58-2017-000989, Forsyth County Records, (iv) 58-2017-001230, Forsyth County Records, and (v)  58-2017-001231, Forsyth County Records. Lender is the successor to Hamilton and is currently owed approximately $490,090.

10.     On or about November 8, 2018, DK Enterprises entered into a Business Loan and Security Agreement with American Express Merchant Financing ("AMEX") in the principal amount of $205,000, secured by a security interest in accounts, intangibles, and other personal property. AMEX has filed a UCC-1 financing statement recorded at 007-2018-0381085, Barrow County Records. AMEX is currently owed approximately $123,574.

11.     On or about February 6, 2019, DK Enterprises entered into a Business Loan Agreement with LoanBuilder, a PayPal Service ("PayPal"), in the principal amount of $50,000, secured by a security interest in accounts, intangibles, and other personal property. PayPal has filed a UCC-1 financing statement recorded at 038-2019-002282, Coweta County Records. PayPal is currently owed approximately 42,491.

12.     Based on the above, Debtors show that  (i) Lender has a first priority security interest in and to the assets of DK 141 and DK Roswell, and that such entities are the only entities generating cash collateral through operations, and further that Lender has a security interest in the assets of DK Enterprises, (ii) Stearns has a security interest only in the assets of DK Enterprises in these cases (although it does have a preexisting security interest in the assets of DK Dunwoody), (iii) AMEX has a security interest only in the assets of DK Enterprises, and such security interest is junior to the interests of Lender and Stearns in and to such assets, (iv)  JL Enterprises has a security interest only in the assets of DK Enterprises, and such security interest is junior to the interests of Lender, Stearns, and AMEX in and to such assets, and (v) PayPal has a security interest only in the assets of DK Enterprises, and such security interest is junior to the interests of Lender, Stearns, AMEX, and JL Enterprises in and to such assets.

**Relief Requested**

**Use of Cash Collateral on an Interim Basis in Accordance with the Budget**

13.     By this Motion, Debtors seek interim authorization to use cash collateral in accordance with the Budgets pending a final hearing (hereinafter, the period for which interim authority is sought is referred to as the "Interim Period"). Debtors propose to use cash collateral for general and administrative expenses as set forth in the Budgets. The expenses incurred by Debtors and for which cash collateral will be used will all be incurred in the normal and ordinary course of Debtors' businesses. A proposed "Interim Order Authorizing Limited Use of Cash Collateral by Debtors in Possession and Providing Adequate Protection to Citizens Business Credit" (the "Proposed Order") is attached hereto as Exhibit "B."

14.     Bankruptcy Code Section 363(c)(2) provides that a debtor in possession may not use cash collateral unless an entity that has an interest in such cash collateral consents or the

Court approves the use, conditioned on provision of adequate protection. Section 363(o) provides that at a hearing on the use of cash collateral, the entity asserting an interest in the cash collateral has the burden of proof on the issue of the validity, priority, or extent of such interest, and the debtor in possession has the burden of proof on the issue of adequate protection. Rule 4001(b)(2) provides that the Court may not hold a final hearing on a motion to use cash collateral earlier than 14 days after service of the motion, but may authorize the use of cash collateral prior to a final hearing as necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

15.     Debtors request authority to use cash collateral for the purpose of avoiding immediate and irreparable harm to the estates. The authority to continue using cash collateral should continue until the Court rules on Debtors' request following a final hearing.

16.     Debtors recognize that Lender is entitled to adequate protection of its secured interest in the Collateral and the cash collateral within the meaning of 11 U.S.C. §§ 361 and 363. Debtors acknowledge that, in consideration of Debtors' use of the Lender's Collateral and cash collateral, Lender is entitled to adequate protection of its security interest in and lien on the Collateral and cash collateral.

17.     Debtors have agreed to provide such adequate protection pursuant to the terms hereof in the form of a postpetition replacement lien, as follows: As partial adequate protection of its interests, Lender will be granted liens ("Adequate Protection Liens") upon all personal property of Debtors, wherever located and whether created, acquired or arising prior to or after the Petition Date, to the extent and in the priority as Lender's liens and security interests existed as of the Petition Date. The Adequate Protection Liens are granted as adequate protection against any diminution in the value of any liens and security interests of Lender in any property of

7

Debtors (including, without limitation, the Collateral) resulting from the imposition of the automatic stay or any use, sale, consumption or other disposition of such property (whether pursuant to this or any other order of the Court or the Bankruptcy Code).  The Adequate Protection Liens will be deemed automatically valid and perfected upon entry of the Order without the necessity of the execution by Debtors. The Adequate Protection Liens will not extend to the proceeds of any avoidance actions received by Debtors or the estates pursuant to Sections 544, 547, 548, 549 or 550 of the Bankruptcy Code ("Avoidance Actions"). Notwithstanding anything herein to the contrary, the liens granted to Lender hereunder in connection with the use of Collateral and Cash Collateral will be subject and junior to the following (collectively, the "Carve-Out"): (i) all fees required to be paid to the Clerk of the Bankruptcy Court and all statutory fees payable to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), together with the statutory rate of interest under and 31 U.S.C. §3717, in such amounts as is determined in agreement with the U.S. Trustee or by final order of the Court, and (ii) an amount not to exceed $40,000 to pay all fees, costs, disbursements, charges and expenses fees payable to counsel for Debtors, to the extent such fees are allowed or approved for payment by the Court.

18.    The use of cash collateral will be used strictly in accordance with the terms of the Budget.

### Final Authority for Use of Cash Collateral

19.    Debtors further request that the Court schedule a final hearing on cash collateral use and, following such hearing, enter a final order authorizing cash collateral use. At such hearing, the Court will consider any additional adequate protection requested by Lender or agreed upon by Debtors.

**Basis for Relief**

**The Court Should Approve the Motion Because
the Lender has been Provided Adequate Protection**

20.    Debtors have agreed to provide adequate protection as contemplated by Section

363(c)(2) of the Bankruptcy Code and hereby seek the Court's approval thereof. The Bankruptcy

Code does not explicitly define "adequate protection," but does provide a non-exclusive list of

the means by which a debtor may provide adequate protection, including "other relief" resulting

in the "indubitable equivalent" of the secured creditor's interest in such property.  11 U.S.C. §

361. What constitutes adequate protection must be evaluated on a case-by-case basis.  *In re

Swedeland Dev. Group Inc.,* 16 F.3d 552, 564 (3rd Cir. 1994) (*citing In re O'Connor*, 808 F.2d

1393, 1396-97 (10th Cir. l987)); *In re Martin*, 761 F.2d 472, 476 (8th Cir. 1985).

21.    Adequate protection is meant to ensure that the secured lender receives the value

for which it originally bargained.  *Swedeland*, 16 F.3d at 564 (*citing O'Connor*, 808 F.2d at

1396) ("the whole purpose of adequate protection for a creditor is to ensure that the creditor

receives the value for which he bargained prebankruptcy").  Courts have noted that "the essence

of adequate protection is the assurance of the maintenance and continued recoverability of the

lien value during the interim between the filing . . . and the confirmation." *In re Arriens*, 25 B.R.

79, 81 (Bankr. D.Or. 1982).  The focus of the requirement is to protect a secured creditor from

diminution in value during the use period.  *See In re Kain*, 86 B.R 506, 513 (Bankr. W.D.

Mich.1988); *In re Becker Indus. Corp.,* 58 B.R. 725, 736 (Bankr. S.D.N.Y. 1986); *In re

Ledgmere Land Corp.*, 116 B.R. 338, 343 (Bankr. D. Mass. 1990).

22.    Debtors' requested use of cash collateral as set forth in the Budgets and the

protections proposed to be afforded to Lender in the Proposed Order, in light of the

9

circumstances, are reasonable, appropriate, and sufficient to satisfy the legal standard of "adequate protection" and will serve to maintain the value of the Lender's Collateral.

### The Use of Cash Collateral Will Preserve the Debtor's Assets and Value

23.     If Debtors are not allowed to use cash collateral, their business will likely shut down without an orderly process, which will diminish the value of the assets. Debtors require the use of cash collateral in order to protect and preserve their going concern value.

24.     It is well established that a bankruptcy court, where possible, should resolve issues in favor of preserving the business of the debtor as a going concern:

> A debtor, attempting to reorganize a business under Chapter 11, clearly has a compelling need to use "cash collateral" in its effort to rebuild. Without the availability of cash to meet daily operating expenses such as rent, payroll, utilities, etc., the congressional policy favoring rehabilitation over economic failure would be frustrated.

*In re George Ruggiere Chrysler-Plymouth, Inc.,* 727 F.2d 1017, 1019 (11th Cir. 1984).

25.     As discussed above, Debtors will use cash collateral during the Interim Period in the ordinary course of their business.  If Debtors cannot continue to use cash collateral during the Interim Period, they likely will be forced to cease operations without an orderly process and without the ability to pay accruing administrative expenses.  This cessation would damage the value of Debtors' assets. In contrast, granting authority will allow Debtors to maintain operations and preserve the value of their assets and business.

### Lender is Adequately Protected by the Grant of
### Replacement Liens on Postpetition Assets and Monthly Interest Payments

26.     The Bankruptcy Code expressly provides that "granting a replacement lien is a means of adequate protection".  11 U.S.C. § 361(2).  Granting replacement liens provides ample adequate protection of the secured creditor's interest in cash collateral.  *See e.g. In re O'Connor*, 808 F.2d at 1393; *In re Dixie-Shamrock Oil & Gas. Inc.*, 39 B.R. 115, 118 (Bankr. M.D. Tenn.

1984).  Debtors will adequately protect Lender's interests in cash collateral by providing replacement liens on Debtors' postpetition property to the extent Debtors' use of cash collateral results in a postpetition decrease in the value securing Lender's claims.

27.    Debtors believe that use of cash collateral (a) during the Interim Period in order to avoid irreparable harm pursuant to the terms and conditions set forth above, and (b) on a final basis following a final hearing on cash collateral use, is fair and reasonable and adequately protects Lender. The combination of (i) Debtors' ability to preserve the value of its assets with the use of cash collateral, and (ii) the postpetition liens granted to Lender, adequately protects Lender's secured position under Section 361.  For all of the reasons stated above, approval of the Motion is proper.

WHEREFORE, Debtors respectfully request that the Court enter an order (A) authorizing Debtors (i) to use the Collateral and cash collateral pursuant to the terms set forth above and in accordance with the Budgets during the Interim Period, (ii) to grant the liens set forth above in connection with the use of the Collateral and cash collateral, and (B) setting a final hearing hereon at least fourteen (14) days after the entry of an interim order on this Motion, and (C) for such other and further relief as the Court deems just and proper.

Dated:  July 17, 2019

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
Proposed Attorneys for Debtors

By:____/s/  *G. Frank Nason, IV*_____
      G. Frank Nason, IV, Esquire
      Georgia Bar No. 535160
      fnason@lcenlaw.com

1117 Perimeter Center West
Suite N313
Atlanta, Georgia  30338
(404) 262-7373

## Exhibit A-1

**(Budget for the Collections Location)**

A0010-DK ENTERPRISES (ATL BREAD)
Collection 242
Income Statement
For the Four Months Ending April 30, 2019

| Description | Estimated Jun-19 | % | Projected Jul-19 | % | Projected Aug-19 | % | Projected Sep-19 | % | Projected Oct-19 | % | Projected Nov-19 | % | Projected Dec-19 | % | YTD2019 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | | | | |
| Sales Food | 58,201.00 | 95.03% | 53,000.00 | 95.03% | 55,000.00 | 95.03% | 62,000.00 | 95.03% | 63,000.00 | 95.03% | 65,000.00 | 95.03% | 63,000.00 | 95.03% | 419,201.00 | 82.80% |
| Sales - Catering | 0.00 | 7.85% | 17,000.00 | 7.85% | 19,000.00 | 7.85% | 21,000.00 | 7.85% | 16,000.00 | 7.85% | 16,000.00 | 7.85% | 13,000.00 | 7.85% | 102,000.00 | 20.15% |
| **Gross Sales** | 58,201.00 | 102.88% | 70,000.00 | 102.88% | 74,000.00 | 102.88% | 83,000.00 | 102.88% | 79,000.00 | 102.88% | 81,000.00 | 102.88% | 76,000.00 | 102.88% | 521,201.00 | 102.95% |
| Discount & Comp | 2,023.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 14,023.00 | 2.77% |
| Catering Commission & Meal D | 0.00 | | 150.00 | | 150.00 | | 150.00 | | 150.00 | | 150.00 | | 150.00 | | 900.00 | 0.18% |
| **Net Sales** | 56,178.00 | 100.00% | 67,850.00 | 100.00% | 71,850.00 | 100.00% | 80,850.00 | 100.00% | 76,850.00 | 100.00% | 78,850.00 | 100.00% | 73,850.00 | 100.00% | 506,278.00 | 100.00% |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | |
| Cost of Sales - Food | 16,853.40 | 30.00% | 16,962.50 | 25.00% | 21,555.00 | 30.00% | 24,255.00 | 30.00% | 23,055.00 | 30.00% | 23,655.00 | 30.00% | 22,155.00 | 30.00% | 148,490.90 | 32.00% |
| Cost of Sales - Paper | 1,852.96 | 3.30% | 2,237.94 | 3.30% | 2,369.88 | 3.30% | 2,666.73 | 3.30% | 2,534.80 | 3.30% | 2,600.76 | 3.30% | 2,435.85 | 3.30% | 16,698.91 | 3.30% |
| Cost of Sales - Retail | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total COGS** | 18,706.36 | 33.30% | 19,200.44 | 28.30% | 23,924.88 | 33.30% | 26,921.73 | 33.30% | 25,589.80 | 33.30% | 26,255.76 | 33.30% | 24,590.85 | 31.19% | 165,189.81 | 32.63% |
| COS - Labor-Hourly | 13,482.72 | 24.00% | 13,570.00 | 20.00% | 14,370.00 | 20.00% | 16,170.00 | 20.00% | 15,370.00 | 20.00% | 15,770.00 | 20.00% | 14,770.00 | 20.00% | 103,502.72 | 20.44% |
| COS - Baker-Wages | 3,200.00 | 5.70% | 3,200.00 | 4.72% | 3,200.00 | 4.45% | 3,200.00 | 3.96% | 3,200.00 | 4.16% | 3,200.00 | 4.06% | 3,200.00 | 4.33% | 22,400.00 | 4.42% |
| COS - Labor-Salary | 3,500.00 | 6.23% | 3,500.00 | 5.16% | 3,500.00 | 4.87% | 3,500.00 | 4.33% | 3,500.00 | 4.55% | 3,500.00 | 4.44% | 3,500.00 | 4.74% | 24,500.00 | 4.84% |
| COS - Labor-Fringes | 1,800.00 | 3.20% | 1,800.00 | 2.65% | 1,800.00 | 2.51% | 1,800.00 | 2.23% | 1,800.00 | 2.34% | 1,800.00 | 2.28% | 1,800.00 | 2.44% | 12,600.00 | 2.49% |
| **Total Labor** | 21,982.72 | 39.13% | 22,070.00 | 32.53% | 22,870.00 | 31.83% | 24,670.00 | 30.51% | 23,870.00 | 31.06% | 24,270.00 | 30.78% | 23,270.00 | 31.51% | 163,002.72 | 32.20% |
| **Total Cost of Goods Sold** | 40,689.08 | 72.43% | 41,270.44 | 60.83% | 46,794.88 | 65.13% | 51,591.73 | 63.81% | 49,459.80 | 64.36% | 50,525.76 | 64.08% | 47,860.85 | 60.70% | 328,192.53 | 64.82% |
| **Gross Profit On Sales** | 15,488.92 | 27.57% | 26,579.56 | 39.17% | 25,055.12 | 34.87% | 29,258.27 | 36.19% | 27,390.20 | 35.64% | 28,324.24 | 35.92% | 25,989.15 | 32.96% | 178,085.47 | 35.18% |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| **Controllables:** | | | | | | | | | | | | | | | | |
| Repair & Maintenance | 50.00 | 0.09% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.12% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 650.00 | 0.13% |
| Catering Expense | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (487.19) | (0.10%) |
| Cash (Over)/Short | (96.00) | (0.17%) | (97.00) | (0.14%) | (108.00) | (0.15%) | (110.00) | (0.14%) | (70.00) | (0.09%) | (150.00) | (0.19%) | (100.00) | (0.14%) | (731.00) | (0.14%) |
| Cleaning Expense | 100.00 | 0.18% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.12% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 700.00 | 0.14% |
| Grease Trap | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Telephone & Internet expense | 380.00 | 0.68% | 350.00 | 0.52% | 350.00 | 0.49% | 350.00 | 0.43% | 325.00 | 0.42% | 350.00 | 0.44% | 380.00 | 0.51% | 2,485.00 | 0.49% |
| Office Supplies | 70.00 | 0.12% | 70.00 | 0.10% | 70.00 | 0.10% | 70.00 | 0.09% | 70.00 | 0.09% | 70.00 | 0.09% | 70.00 | 0.09% | 490.00 | 0.10% |
| Printing & Postage | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Flower & Decorations | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Kitchen Supplies | 100.00 | 0.18% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.12% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 700.00 | 0.14% |
| Uniforms Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| EE bonus, rewards, incentives | 74.60 | 0.13% | 74.60 | 0.13% | 74.60 | 0.14% | 74.60 | 0.13% | 74.60 | 0.13% | 74.60 | 0.13% | 74.60 | 0.13% | 522.23 | 0.10% |
| Utility Expense | 1,700.00 | 3.03% | 1,500.00 | 2.21% | 1,500.00 | 2.09% | 1,500.00 | 1.86% | 1,500.00 | 1.95% | 1,300.00 | 1.65% | 1,200.00 | 1.62% | 10,200.00 | 2.01% |
| Other Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Controllables** | 2,309.01 | 4.11% | 2,128.01 | 3.79% | 2,117.01 | 3.77% | 2,115.01 | 3.76% | 2,130.01 | 3.79% | 1,875.01 | 3.34% | 1,855.01 | 3.30% | 14,529.05 | 2.87% |
| **Gross Profit Less Controllabl** | 13,179.92 | 23.46% | 24,451.55 | 36.04% | 22,938.12 | 31.93% | 27,143.26 | 33.57% | 25,260.20 | 32.87% | 26,449.23 | 33.54% | 24,134.15 | 32.68% | 163,556.42 | 32.31% |
| **Uncontrollables:** | | | | | | | | | | | | | | | | |
| Rent | 16,302.00 | 29.02% | 16,302.00 | 24.03% | 16,302.00 | 22.69% | 16,302.00 | 20.16% | 16,302.00 | 21.21% | 16,302.00 | 20.67% | 16,302.00 | 22.07% | 114,114.00 | 22.54% |
| Rent - Deferred | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Equipment Leases | 58.00 | 0.10% | 58.00 | 0.09% | 58.00 | 0.08% | 58.00 | 0.07% | 58.00 | 0.08% | 58.00 | 0.07% | 58.00 | 0.08% | 406.00 | 0.08% |
| Royalties expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Franchies Mkt Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| CAM | 24.00 | 0.04% | 24.00 | 0.04% | 24.00 | 0.03% | 24.00 | 0.03% | 24.00 | 0.03% | 24.00 | 0.03% | 24.00 | 0.03% | 168.00 | 0.03% |
| Property Taxes | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Marketing | 1,300.00 | 2.31% | 1,300.00 | 1.92% | 1,400.00 | 1.95% | 1,400.00 | 1.73% | 1,400.00 | 1.82% | 1,400.00 | 1.78% | 1,400.00 | 1.90% | 9,600.00 | 1.90% |
| Loyalty | 250.00 | 0.45% | 250.00 | 0.37% | 250.00 | 0.35% | 250.00 | 0.31% | 250.00 | 0.33% | 250.00 | 0.32% | 250.00 | 0.34% | 1,750.00 | 0.35% |
| Accounting fees | 350.00 | 0.62% | 350.00 | 0.52% | 350.00 | 0.49% | 350.00 | 0.43% | 350.00 | 0.46% | 350.00 | 0.44% | 350.00 | 0.47% | 2,450.00 | 0.48% |
| Professional Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Legal fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bank Charges | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Credit Card Service Fees | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 7,864.92 | 1.55% |
| Dues & Subscriptions | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Transportation Fuel expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bad Debt Exp | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Pest Control | 50.00 | 0.09% | 50.00 | 0.07% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 350.00 | 0.07% |
| Waste Removal | 300.00 | 0.53% | 300.00 | 0.44% | 300.00 | 0.42% | 300.00 | 0.37% | 300.00 | 0.39% | 300.00 | 0.38% | 300.00 | 0.41% | 2,100.00 | 0.41% |
| Computer Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Travel | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Car Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Business Meals | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Insurance Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Unemployment Insurance Expe | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 2,752.72 | 0.54% |
| Unemployment Insurance Expe | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 786.49 | 0.16% |
| Music & Entertainment Expens | 50.00 | 0.09% | 50.00 | 0.07% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 350.00 | 0.07% |
| Tax Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| License & Permits Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Uncontrollables** | 20,313.16 | 36.16% | 20,313.16 | 36.16% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 142,692.13 | 28.18% |
| **Total Operating Expense** | 22,622.17 | 40.27% | 22,441.17 | 33.07% | 22,530.17 | 31.36% | 22,528.17 | 27.86% | 22,543.17 | 29.33% | 22,288.17 | 28.27% | 22,268.17 | 30.15% | 157,221.18 | 31.05% |
| **Net Income(Loss)** | (7,133.25) | (12.70%) | 4,138.39 | 6.10% | 2,524.95 | 3.51% | 6,730.10 | 8.32% | 4,847.04 | 6.31% | 6,036.07 | 7.66% | 3,720.99 | 5.04% | 20,864.29 | 4.12% |

Disclaimer

The accompanying financial statements and enclosed schedules have been prepared by Quatro FPO Solutions. The financial statements have not been audited or reviewed and the information presented therein is strictly the representation of the client. Quatro FPO Solutions makes no representation as to the accuracy of any information furnished by Retailer and no opinion is expressed or implied as to the These financial statements are intended for the use of internal management only.

## Exhibit A-2

**(Budget for the Stonebridge Location)**

A0010-DK ENTERPRISES (ATL BREAD)
Roswell
Income Statement
For the Four Months Ending April 30, 2019

| Description | Estimated Jun-19 | % | Projected Jul-19 | % | Projected Aug-19 | % | Projected Sep-19 | % | Projected Oct-19 | % | Projected Nov-19 | % | Projected Dec-19 | % | YTD2019 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | | | | | |
| Sales Food | 40,770.00 | 70.04% | 44,000.00 | 70.04% | 46,000.00 | 70.04% | 50,000.00 | 70.04% | 50,000.00 | 70.04% | 46,000.00 | 70.04% | 46,000.00 | 70.04% | 322,770.00 | 80.10% |
| Sales - Catering | 23,572.00 | 44.82% | 26,500.00 | 44.82% | 30,000.00 | 44.82% | 30,500.00 | 44.82% | 31,000.00 | 44.82% | 30,000.00 | 44.82% | 26,000.00 | 44.82% | 197,572.00 | 30.14% |
| **Gross Sales** | 64,342.00 | 114.86% | 70,500.00 | 114.86% | 76,000.00 | 114.86% | 80,500.00 | 114.86% | 81,000.00 | 114.86% | 76,000.00 | 114.86% | 72,000.00 | 114.86% | 520,342.00 | 110.24% |
| | | | | | | | | | | | | | | | | |
| Discount & Comp | 2,469.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 8,469.00 | |
| Catering Commission & Meal D | 3,395.00 | | 1,000.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,000.00 | | 11,395.00 | |
| **Net Sales** | 58,478.00 | 100.00% | 68,500.00 | 100.00% | 73,500.00 | 100.00% | 78,000.00 | 100.00% | 78,500.00 | 100.00% | 73,500.00 | 100.00% | 70,000.00 | 100.00% | 500,478.00 | 100.00% |
| | | | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | |
| Cost of Sales - Food | 17,543.40 | 30.00% | 20,550.00 | 30.00% | 22,050.00 | 30.00% | 23,400.00 | 30.00% | 23,550.00 | 30.00% | 22,050.00 | 30.00% | 21,000.00 | 30.00% | 150,143.40 | 30.00% |
| Cost of Sales - Paper | 2,784.81 | 4.76% | 3,262.07 | 4.76% | 3,500.17 | 4.76% | 3,714.47 | 4.76% | 3,738.28 | 4.76% | 3,500.17 | 4.76% | 3,333.50 | 4.76% | 23,833.48 | 4.76% |
| Cost of Sales - Retail | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total COGS** | 20,328.21 | 34.76% | 23,812.07 | 34.76% | 25,550.17 | 34.76% | 27,114.47 | 34.76% | 27,288.28 | 34.76% | 25,550.17 | 34.76% | 24,333.50 | 34.76% | 173,976.88 | 34.76% |
| | | | | | | | | | | | | | | | | |
| COS - Labor-Hourly | 11,110.82 | 19.00% | 13,015.00 | 19.00% | 13,965.00 | 19.00% | 14,820.00 | 19.00% | 14,915.00 | 19.00% | 13,965.00 | 19.00% | 13,300.00 | 19.00% | 95,090.82 | 19.00% |
| COS - Baker-Wages | 3,000.00 | 5.13% | 3,000.00 | 4.38% | 3,000.00 | 4.08% | 3,000.00 | 3.85% | 3,000.00 | 3.82% | 3,000.00 | 4.08% | 3,000.00 | 4.29% | 21,000.00 | 4.20% |
| COS - Labor-Salary | 3,300.00 | 5.64% | 3,300.00 | 4.82% | 3,300.00 | 4.49% | 3,300.00 | 4.23% | 3,300.00 | 4.20% | 3,300.00 | 4.49% | 3,300.00 | 4.71% | 23,100.00 | 4.62% |
| COS - Labor-Fringes | 1,800.00 | 3.08% | 1,800.00 | 2.63% | 1,800.00 | 2.45% | 1,800.00 | 2.31% | 1,800.00 | 2.29% | 1,800.00 | 2.45% | 1,800.00 | 2.57% | 12,600.00 | 2.52% |
| **Total Labor** | 19,210.82 | 32.85% | 21,115.00 | 30.82% | 22,065.00 | 30.02% | 22,920.00 | 29.38% | 23,015.00 | 29.32% | 22,065.00 | 30.02% | 21,400.00 | 30.57% | 151,790.82 | 30.33% |
| | | 10.34% | | | | 8.88% | | 8.52% | | | | | | | | |
| **Total Cost of Goods Sold** | 39,539.03 | 67.61% | 44,927.07 | 65.59% | 47,615.17 | 64.78% | 50,034.47 | 64.15% | 50,303.28 | 64.08% | 47,615.17 | 64.78% | 45,733.50 | 65.33% | 325,767.70 | 65.09% |
| | | | | | | | | | | | | | | | | |
| **Gross Profit On Sales** | 18,938.97 | 32.39% | 23,572.93 | 34.41% | 25,884.83 | 35.22% | 27,965.53 | 35.85% | 28,196.72 | 35.92% | 25,884.83 | 35.22% | 24,266.50 | 34.67% | 174,710.30 | 34.91% |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| **Controllables:** | | | | | | | | | | | | | | | | |
| Repair & Maintenance | 0.00 | 0.00% | 150.00 | 0.22% | 250.00 | 0.34% | 300.00 | 0.38% | 350.00 | 0.45% | 350.00 | 0.48% | 400.00 | 0.57% | 1,800.00 | 0.36% |
| Catering Expense | 42.83 | 0.07% | 50.17 | 0.07% | 53.83 | 0.07% | 57.12 | 0.07% | 57.49 | 0.07% | 53.83 | 0.07% | 51.26 | 0.07% | 366.52 | 0.07% |
| Cash (Over)/Short | (2.82) | (0.00%) | (3.30) | (0.00%) | (3.54) | (0.00%) | (3.76) | (0.00%) | (3.78) | (0.00%) | (3.54) | (0.00%) | (3.37) | (0.00%) | (24.11) | (0.00%) |
| Cleaning Expense | 200.00 | 0.34% | 200.00 | 0.29% | 200.00 | 0.27% | 200.00 | 0.26% | 200.00 | 0.25% | 200.00 | 0.27% | 200.00 | 0.29% | 1,400.00 | 0.28% |
| Grease Trap | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Telephone & Internet expense | 150.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 930.00 | 0.19% |
| Office Supplies | 0.00 | 0.00% | 91.65 | 0.13% | 98.34 | 0.13% | 105.13 | 0.13% | 105.03 | 0.13% | 98.34 | 0.13% | 93.66 | 0.13% | 591.40 | 0.12% |
| Printing & Postage | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Flower & Decorations | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Kitchen Supplies | 100.00 | 0.17% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 100.00 | 0.14% | 700.00 | 0.14% |
| Uniforms Expense | 95.00 | 0.14% | 98.09 | 0.14% | 103.11 | 0.14% | 109.42 | 0.14% | 110.12 | 0.14% | 103.11 | 0.14% | 98.20 | 0.14% | 715.04 | 0.14% |
| EE bonus, rewards, incentives | 50.00 | 0.09% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 100.00 | 0.14% | 650.00 | 0.13% |
| Utility Expense | 2,500.00 | 4.28% | 2,500.00 | 3.65% | 2,500.00 | 3.40% | 2,000.00 | 2.56% | 2,000.00 | 2.55% | 2,000.00 | 2.72% | 2,000.00 | 2.86% | 15,500.00 | 3.10% |
| Other Expenses | 48.71 | 0.08% | 57.06 | 0.08% | 61.23 | 0.08% | 64.98 | 0.08% | 65.39 | 0.08% | 61.23 | 0.08% | 58.31 | 0.08% | 416.91 | 0.08% |
| **Total Controllables** | 3,183.72 | 5.44% | 3,471.67 | 5.07% | 3,592.96 | 4.89% | 3,162.13 | 4.05% | 3,214.25 | 4.09% | 3,192.96 | 4.34% | 3,228.06 | 4.61% | 23,045.77 | 4.60% |
| | | | | | | | | | | | | | | | | |
| **Gross Profit Less Controllable** | 15,755.25 | 26.94% | 20,101.26 | 29.34% | 22,291.86 | 30.33% | 24,803.40 | 31.80% | 24,982.46 | 31.82% | 22,691.86 | 30.87% | 21,038.44 | 30.05% | 151,664.54 | 30.30% |
| | | | | | | | | | | | | | | | | |
| **Uncontrollables:** | | | | | | | | | | | | | | | | |
| Rent | 10,350.55 | 17.62% | 10,350.55 | 15.11% | 10,350.55 | 14.08% | 10,350.55 | 13.27% | 10,350.55 | 13.19% | 10,350.55 | 14.08% | 10,350.55 | 14.79% | 72,453.85 | 14.48% |
| Rent - Deferred | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Equipment Leases | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Royalties expense | 2,923.90 | 5.00% | 3,425.00 | 5.00% | 3,675.00 | 5.00% | 3,900.00 | 5.00% | 3,900.00 | 5.00% | 3,675.00 | 5.00% | 3,500.00 | 5.00% | 25,023.90 | 5.00% |
| Franchise Mkt Fees | 1,169.56 | 2.00% | 1,370.00 | 2.00% | 1,470.00 | 2.00% | 1,560.00 | 2.00% | 1,570.00 | 2.00% | 1,470.00 | 2.00% | 1,400.00 | 2.00% | 10,009.56 | 2.00% |
| CAM | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Property Taxes | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Marketing | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Loyalty | 146.20 | 0.25% | 150.00 | 0.22% | 150.00 | 0.20% | 150.00 | 0.19% | 150.00 | 0.19% | 150.00 | 0.20% | 150.00 | 0.21% | 1,046.20 | 0.21% |
| Accounting fees | 350.00 | 0.60% | 350.00 | 0.51% | 350.00 | 0.48% | 350.00 | 0.45% | 350.00 | 0.45% | 350.00 | 0.48% | 350.00 | 0.50% | 2,450.00 | 0.49% |
| Professional Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Legal fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bank Charges | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Credit Card Service Fees | 1,169.56 | 2.00% | 1,472.75 | 2.15% | 1,580.25 | 2.15% | 1,677.00 | 2.15% | 1,876.15 | 2.39% | 1,756.65 | 2.39% | 1,673.00 | 2.39% | 11,205.36 | 2.39% |
| Dues & Subscriptions | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Transportation Fuel expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bad Debt Exp | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Pest Control | 75.00 | 0.13% | 75.00 | 0.11% | 75.00 | 0.10% | 75.00 | 0.10% | 75.00 | 0.10% | 75.00 | 0.10% | 75.00 | 0.11% | 525.00 | 0.10% |
| Waste Removal | 300.00 | 0.51% | 300.00 | 0.44% | 300.00 | 0.41% | 300.00 | 0.38% | 300.00 | 0.38% | 300.00 | 0.41% | 300.00 | 0.43% | 2,100.00 | 0.42% |
| Computer Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Travel | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Car Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Business Meals | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Insurance Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Unemployment Insurance Exp | 438.59 | 0.75% | 548.00 | 0.80% | 588.00 | 0.80% | 624.00 | 0.80% | 628.00 | 0.80% | 588.00 | 0.80% | 560.00 | 0.80% | 3,974.59 | 0.80% |
| Unemployment Insurance Exp | 87.72 | 0.15% | 102.75 | 0.15% | 110.25 | 0.15% | 117.00 | 0.15% | 117.75 | 0.15% | 110.25 | 0.15% | 105.00 | 0.15% | 750.72 | 0.15% |
| Music & Entertainment Expens | 116.96 | 0.20% | 137.00 | 0.20% | 147.00 | 0.20% | 156.00 | 0.20% | 157.00 | 0.20% | 147.00 | 0.20% | 140.00 | 0.20% | 1,000.96 | 0.20% |
| Tax Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| License & Permits Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Uncontrollables** | 17,128.02 | 29.29% | 18,281.05 | 26.69% | 18,796.05 | 25.57% | 19,259.55 | 24.69% | 19,499.45 | 24.84% | 18,972.45 | 25.81% | 18,603.55 | 26.58% | 130,549.12 | 26.08% |
| | | | | | | | | | | | | | | | | |
| **Total Operating Expense** | 20,311.75 | 34.73% | 21,752.72 | 31.76% | 22,389.01 | 30.46% | 22,421.68 | 28.75% | 22,713.70 | 28.93% | 22,165.41 | 30.16% | 21,831.61 | 31.19% | 153,585.89 | 30.69% |
| | | | | | | | | | | | | | | | | |
| **Net Income/(Loss)** | (1,372.77) | (2.35%) | 1,820.21 | 2.66% | 3,495.81 | 4.76% | 5,543.85 | 7.11% | 5,483.01 | 6.98% | 3,719.41 | 5.06% | 2,434.89 | 3.48% | 21,124.41 | 4.22% |

Disclaimer
The accompanying financial statements and enclosed schedules have been prepared by Quatro FPO Solutions.  The financial statements have not been audited or reviewed and the information presented therein is strictly the representation of the client
Quatro FPO Solutions makes no representation as to the accuracy of any information furnished by Retailer and no opinion is expressed or implied as to the  These financial statements are intended for the use of internal management only.

**Exhibit "B"**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DK ENTERPRISES OF GA, INC., *et al*, | : | Jointly Administered Under |
| | : | Case No. 19-21389-jrs |
| Debtors | : | |
| _____ | : | |

## INTERIM ORDER AUTHORIZING LIMITED USE
## OF CASH COLLATERAL BY DEBTORS IN POSSESSION
## AND PROVIDING ADEQUATE PROTECTION

This matter came on for a hearing before the Court on July 17, 2019 (the "Preliminary Hearing"), on the "Emergency Motion of Debtor for (1) Order Authorizing Use of Cash Collateral on an Emergency Basis to Avoid Immediate and Irreparable Harm, and (2) Final Order Authorizing Cash Collateral Use" filed by DK Enterprises of GA, Inc. ("DK Enterprises"), DK Enterprises of Cumming 141, LLC ("DK 141"), and DK Enterprises of Roswell, LLC ("DK Roswell"), debtors and debtors in possession in the above-styled chapter 11 cases (collectively, "Debtors"), pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 4001(b) (the "Cash Collateral Motion") to use certain cash that is subject to security interests and liens in favor of Ameris Bank ("Lender"), and therefore constitutes cash collateral within the meaning of Section 363 of the Bankruptcy Code.

Having considered the matters set forth in the Cash Collateral Motion and all representations of counsel at the Interim Hearing, the Court makes the following findings of fact

and conclusions of law applicable to the use of cash collateral by Debtors and the adequate protection to Lender (to the extent any findings of fact constitutes conclusion of law, they are adopted as such, and *vice versa*):

THE COURT HEREBY FINDS:

A.      On July 17, 2019 (the "Petition Date"), Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, modified, or supplemented, the "Bankruptcy Code"). In accordance with Sections 1107 and 1108 of the Bankruptcy Code, Debtors continue to operate as debtor in possession.

B.      Debtors allege that DK Enterprises is the holder of all of the membership interests in four separate single purpose limited liability companies that operate as Atlanta Bread Company franchisees, including Debtors DK 141 and DK Roswell. DK 141 operates an Atlanta Bread Company franchise located in The Collections at Forsyth, 141 Peachtree Parkway, Suite 116, Cumming, GA (the "Collections Location"). DK Roswell operates an Atlanta Bread Company franchise located at Stonebridge Square Shopping Center, 640 West Crossville Road, Suite 100, Roswell, GA ("Stonebridge Location"). The other two locations were operated by DK Enterprises of Cumming, LLC ("DK Cumming"), which operated an Atlanta Bread Company franchise located at the Cumming Marketplace, 908 Buford Road, Cumming, GA ("Marketplace Location"), and DK Enterprises of Dunwoody, LLC ("DK Dunwoody"), which operated an Atlanta Bread Company franchise located at Perimeter Pointe, 1155 Mount Vernon Highway, Suite 1200, Atlanta, GA 30338 ("Perimeter Location"). DK Cumming and DK Dunwoody have ceased operating and filed petitions under Chapter 7.

C.      Debtors allege that JL Enterprises of GA, LLC, either through itself or through affiliated entities  (hereinafter, all such entities are referred to as "JL Enterprises"), operated Atlanta Bread Company franchises at the Stonebridge Location, the Marketplace Location, and the Perimeter Location, and was a party to a lease of the Collections Location. Debtors further allege that on or about May 17, 2017, Debtors acquired the assets of JL Enterprises used in connection with the operations of the Atlanta Bread Company franchises and that (i) DK Roswell assumed the operations of the Stonebridge Location, (ii) DK Dunwoody assumed the operations of the Perimeter Location, (iii) DK Cumming assumed the operations of the Marketplace Location, and (iv) DK 141 assumed the interests of JL Enterprises in and to the Collections Location.

D.      Debtors allege that in connection with such acquisition, DK Enterprises executed a promissory note in favor of JL Enterprises in the principal amount of $871,612.52, and that DK Enterprises executed a Security Agreement pursuant to which JL Enterprises asserts a security interest in the assets of DK Enterprises. Debtors further allege JL Enterprises has recorded in

January 2019 a UCC-1 financing statement at 058-2019-000176, Forsyth County Records.[1] Debtors allege that JL Enterprises is currently owed approximately $505,520.

      E.      Debtors allege that JL Enterprises was a party to a Business Loan Agreement dated on or about February 26, 2016, between JL Enterprises, as borrower, and Stearns Bank National Association ("Stearns"), as lender, in the original principal amount of $289,000, secured by, among other things, the assets of the Perimeter Location. Debtors further allege that pursuant to a Change in Terms Agreement and Business Loan Agreement, DK Enterprises assumed the obligations of JL Enterprises owed to Stearns (with JL Enterprises remaining obligated). Debtors further allege that Stearns has filed a UCC-1 financing statement recorded against DK Enterprises at 58-2017-000852, Forsyth County Records, which financing statement was amended at 58-2017-001041, Forsyth County Records, to particularly exclude the assets located at the Roswell Location and the Marketplace Location. Debtors allege that Stearns is currently owed approximately $171,710.

      F.      Debtors allege that on or about June 20, 2017, Debtors entered into a loan and security agreement (the "Loan") with Hamilton State Bank ("Hamilton"), in the principal amount of $573,400. As collateral, Hamilton was provided, among other things, a security interest in furniture, fixtures, equipment, accounts, inventory and intangibles located at the Collections Location and the Stonebridge Location (collectively, and with all other assets pledged to or for the benefit Hamilton, the "Collateral"). Debtor further alleges that Hamilton has filed UCC-1 financing statements recorded at (i) 0602017-05309, Fulton County Records, (ii) 0602017-05310, Fulton County Records, (iii) 58-2017-000989, Forsyth County Records, (iv) 58-2017-001230, Forsyth County Records, and (v) 58-2017-001231, Forsyth County Records. Debtor further alleges that Lender is the successor to Hamilton and is currently owed approximately $490,090.

      G.      Debtors allege that on or about November 8, 2018, DK Enterprises entered into a Business Loan and Security Agreement with American Express Merchant Financing ("AMEX") in the principal amount of $205,000, secured by a security interest in accounts, intangibles, and other personal property. Debtors further allege that AMEX has filed a UCC-1 financing statement recorded at 007-2018-0381085, Barrow County Records. Debtors further allege that AMEX is currently owed approximately $123,574.

      H.      Debtors allege that on or about February 6, 2019, DK Enterprises entered into a Business Loan Agreement with LoanBuilder, a PayPal Service ("PayPal"), in the principal amount of $50,000, secured by a security interest in accounts, intangibles, and other personal property. Debtors further allege that PayPal has filed a UCC-1 financing statement recorded at 038-2019-002282, Coweta County Records. Debtors further allege that PayPal is currently owed approximately 42,491.

---

[1] JL Enterprises also filed UCC-1 financing statements for DK 141 and DK Roswell, but Debtors dispute that JL Enterprises actually has a lien on or security interest in the assets of such Debtors.

I.      Based on the above, Debtors allege that  (i) Lender has a first priority security interest in and to the assets of DK 141 and DK Roswell, and that such entities are the only entities generating cash collateral through operations, and further that Lender has a security interest in the assets of DK Enterprises, (ii) Stearns has a security interest only in the assets of DK Enterprises in these cases (although it does have a preexisting security interest in the assets of DK Dunwoody), (iii) AMEX has a security interest only in the assets of DK Enterprises, and such security interest is junior to the interests of Lender and Stearns in and to such assets, (iv)  JL Enterprises has a security interest only in the assets of DK Enterprises, and such security interest is junior to the interests of Lender, Stearns, and AMEX in and to such assets, and (v) PayPal has a security interest only in the assets of DK Enterprises, and such security interest is junior to the interests of Lender, Stearns, AMEX, and JL Enterprises in and to such assets.

J.      Debtors allege that an immediate and ongoing need exists for Debtors to use cash collateral to continue the operations of their businesses as debtors in possession under Chapter 11 of the Bankruptcy Code and to preserve the value of Debtors' assets as a "going concern." Debtors propose to use cash collateral during the Cash Collateral Period (as defined below) in the amounts and for the purposes specified in the budget prepared by Debtors and annexed hereto as Exhibit A-1 and Exhibit A-2 (the "Budgets").

K.      Debtors' counsel has certified that a copy of the Cash Collateral Motion, together with notice of the Interim Hearing, has been served by electronic mail, telecopy transmission, hand delivery, overnight courier or first class United States mail upon the United States Trustee, Lender, the creditors listed on the list filed with the Court pursuant to Bankruptcy Rule 1007(d), and all creditors known to or may claim any liens upon any of the Cash Collateral.  The Court finds that notice of the Cash Collateral Motion, as it relates to this Order, is sufficient for all purposes under the Bankruptcy Code and the Bankruptcy Rules, including, without limitation, Sections 102(1) and 363 of the Bankruptcy Code and Bankruptcy Rule 4001(b).

L.      Good cause has been shown for the entry of this Order and authorization for Debtor to use cash collateral pending the final hearing on the Cash Collateral Motion pursuant to Bankruptcy Rule 4001(b) (the "Final Hearing").  Debtors' need for the use of cash collateral is immediate and critical, and entry of this Order will minimize disruption of Debtors' business and serve to preserve the assets of Debtors' estate and is in the best interest of Debtors, their creditors and estates.

M.      Debtors stipulate that Lender is entitled to adequate protection of its interests in the Collateral.

N.      Based on the record presented at the Interim Hearing, it appears that the terms of Debtor's use of cash collateral, as embodied in this Order, are fair and reasonable.

O.      This Court has jurisdiction to enter this Order pursuant to 28 U.S.C. §§ 157(b) and 1334.  Consideration of the Cash Collateral Motion constitutes a core proceeding, as defined in 28 U.S.C. § 157(b)(2).

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. <u>Disposition of Motion</u>.  The Cash Collateral Motion is hereby GRANTED as hereinafter set forth.

2. <u>Limited Cash Collateral Use Authorized</u>.  During the Cash Collateral Period (as defined below), the Debtors shall be authorized to use Cash Collateral (as defined below) only for Permitted Purposes (as defined below).  As used herein:

    (a)    the term "Cash Collateral Period" shall mean the period commencing July ___, 2019, and ending on the sooner to occur of (a) ___:00 _.m. (prevailing Eastern time) on _____, ___, 2019, or (b) the occurrence of an Event of Default (as defined in paragraph 8 below);

    (b)    the term "Cash Collateral" shall mean and include (i) proceeds of Collateral in the ordinary course of business arising from Debtors' operations in the ordinary course of business, (ii) proceeds derived from the post-petition sale in the ordinary course of business of inventory acquired by Debtors after the Petition Date, and (iii) all proceeds derived from the post-petition sale of any other Collateral whether in the ordinary course of business or outside the ordinary course of business, subject to the Court's approval after notice and a hearing; and

    (c)    the term "Permitted Purposes" shall mean use by Debtors of Cash Collateral to pay expenses shown on the Budget and limited to amounts and line items shown on the Budget, <u>provided</u> that no Cash Collateral may be used to pay any pre-petition claim against Debtors (other than (i) payroll, payroll related taxes, employee benefits, and trust fund taxes, (ii) regular lease and executory contract installments that come due post-petition in the ordinary course of business, (iii) claims for food supplies that would constitute administrative expenses pursuant to Section 503(b)(9) of the Bankruptcy Code or are have claims subject to the provisions of the Perishable Agricultural Commodities Act ("PACA Claims"), or (iv) as otherwise ordered by the Court)

3. <u>Termination of Authority to Use Cash Collateral</u>.  After the expiration of the Cash Collateral Period, Debtors shall forthwith cease to use any Cash Collateral except to the extent otherwise allowed by order of the Court after notice and a hearing.  In no event shall Lender be obligated to monitor or otherwise be responsible for Debtors' use of Cash Collateral in conformity with this Order or Debtors' compliance with this Order.

4. <u>Adequate Protection Liens Granted to Lender</u>. As partial adequate protection of its interests, Lender is hereby granted liens ("Adequate Protection Liens") upon all personal property of Debtors, wherever located and whether created, acquired or arising prior to or after the Petition Date, to the extent and in the priority as Lender's liens and security interests existed as of the Petition Date. The Adequate Protection Liens are granted as adequate protection against

5

any diminution in the value of any liens and security interests of Lender in any property of Debtors (including, without limitation, the Collateral) resulting from the imposition of the automatic stay or any use, sale, consumption or other disposition of such property (whether pursuant to this or any other order of the Court or the Bankruptcy Code). The Adequate Protection Liens shall be deemed automatically valid and perfected upon entry of this Order without the necessity of the execution by Debtors. The Adequate Protection Liens shall not extend to the proceeds of any avoidance actions received by Debtors or the estates pursuant to Sections 544, 547, 548, 549 or 550 of the Bankruptcy Code ("Avoidance Actions"). Notwithstanding anything herein to the contrary, the liens granted to Lender hereunder in connection with the use of Collateral and Cash Collateral shall be subject and junior to the following (collectively, the "Carve-Out"): (i) all fees required to be paid to the Clerk of the Bankruptcy Court and all statutory fees payable to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6), together with the statutory rate of interest under and 31 U.S.C. §3717, in such amounts as is determined in agreement with the U.S. Trustee or by final order of the Court, and (ii) an amount not to exceed $40,000 to pay all fees, costs, disbursements, charges and expenses fees payable to counsel for Debtors, to the extent such fees are allowed or approved for payment by the Court.

5.      <u>Diminution Claim</u>. As further adequate protection for the Debtors' use of Cash Collateral, to the extent that the Adequate Protection Liens prove inadequate to protect fully Lender's interest in Cash Collateral against diminution, Lender shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 507(b), with priority over all other administrative expenses and other claims; provided, however, that such claims shall not have priority over (i) food suppliers with PACA Claims, and (ii) the Carve-Out.

6.      <u>Reservation of Rights</u>. Nothing contained in this Order shall be deemed to constitute a finding with respect to the adequacy of the protection of the interests of Lender in the Collateral or a waiver by Lender of its right to seek other or additional relief from the Court, including, without limitation, the right to seek additional protection, to move for relief from the automatic stay, to seek a dismissal or conversion of this Chapter 11 case or to seek the appointment of a trustee or examiner.

7.      <u>Preservation of Liens</u>. Entry of this Order shall not operate to release or extinguish the security interests and liens of Stearns, AMEX, JL Enterprises, and PayPal, and all such security interests and liens shall continue to the extent and in the priority as such security interests and liens existed as of the Petition Date.

8.      <u>Events of Default</u>. The occurrence or existence of any one or more of the following events or conditions shall constitute an "Event of Default": (i) the conversion or dismissal of the cases; (ii) the appointment of a trustee or an examiner with expanded powers in the cases; (iii) Debtors' failure to maintain casualty insurance insuring the Collateral; (iv) Debtors' failure duly and punctually to perform any of its obligations under this Order; or (v) this Order is amended, vacated, stayed, reversed or otherwise modified without the prior consent of Lender.

6

9.     <u>Remedies Upon Event of Default</u>.  Upon the occurrence of an Event of Default, Lender or its counsel may file under this Court's CM/ECF filing system an affidavit of default specifying such Event of Default. If Debtors dispute that an Event of Default has in fact occurred, Debtors may file a contravening affidavit within 5 calendar days of the date of filing of the affidavit of default. If no such contravening affidavit is timely filed, Debtors shall forthwith cease any further use of Cash Collateral and the Court may enter an order prohibiting further use of Cash Collateral (but Debtors shall be prohibited from further use whether or not such an order is entered).  If Debtors timely file a contravening affidavit, the Court shall set an expedited hearing.

10.     <u>Survival of Provisions of This Order</u>.  The provisions of this Order and any action taken pursuant to the terms hereof shall survive the entry of any order that may be entered dismissing the cases or converting the cases to cases under Chapter 7 of the Bankruptcy Code, and all of the terms and conditions of this Order as well as the liens and security interests granted pursuant hereto shall continue in this or in any superseding case under the Bankruptcy Code, and such liens and security interests shall retain their priorities provided by this Order until satisfied and discharged.

11.     <u>Notice of Final Hearing</u>.  Promptly after the entry of this Order, within the time specified by local rules, Debtors shall serve a copy of this Order to the U.S. Trustee, Lender, the twenty (20) largest unsecured creditors, any creditors who have heretofore filed a request with the Court for notices, and each secured and unsecured creditor and shall file a certificate of service regarding same with the clerk of the Court.  The Final Hearing shall be held at __:___ _.m., on _____, __, **2019**, at **Courtroom 103**, **United States Courthouse, 121 Spring Street, SE, Gainesville, GA 30501**.  If at or after the Final Hearing the Court modifies any of the provisions of this Order, then such modifications shall not affect the rights and remedies granted to Lender pursuant to this Order, all of which rights and remedies shall remain in full force and effect with respect to Cash Collateral used by Debtors prior to the effective date of such modifications.

** END OF DOCUMENT**

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
Counsel for Debtors

By: <u>*/s/ G. Frank Nason, IV*</u>
        G. Frank Nason, IV
        Georgia Bar No. 535160
1117 Perimeter Center West
Suite N313
Atlanta, GA 30338
(404) 262-7373

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 1117 Perimeter Center West, Suite N313, Atlanta, GA 30338

David S. Weidenbaum, Office of U.S. Trustee, 362 Richard Russell Bldg., 75 Ted Turner Drive, SW, Atlanta, GA 30303

**<u>Exhibit A-1</u>**

**(Budget for the Collections Location)**

A0010-DK ENTERPRISES (ATL BREAD)
Collection 242
Income Statement
For the Four Months Ending April 30, 2019

| Description | Estimated Jun-19 | % | Projected Jul-19 | % | Projected Aug-19 | % | Projected Sep-19 | % | Projected Oct-19 | % | Projected Nov-19 | % | Projected Dec-19 | % | YTD2019 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | | | | | |
| Sales Food | 58,201.00 | 95.03% | 53,000.00 | 95.03% | 55,000.00 | 95.03% | 62,000.00 | 95.03% | 63,000.00 | 95.03% | 65,000.00 | 95.03% | 63,000.00 | 95.03% | 419,201.00 | 82.80% |
| Sales - Catering | 0.00 | 7.85% | 17,000.00 | 7.85% | 19,000.00 | 7.85% | 21,000.00 | 7.85% | 16,000.00 | 7.85% | 16,000.00 | 7.85% | 13,000.00 | 7.85% | 102,000.00 | 20.15% |
| **Gross Sales** | 58,201.00 | 102.88% | 70,000.00 | 102.88% | 74,000.00 | 102.88% | 83,000.00 | 102.88% | 79,000.00 | 102.88% | 81,000.00 | 102.88% | 76,000.00 | 102.88% | 521,201.00 | 102.95% |
| | | | | | | | | | | | | | | | | |
| Discount & Comp | 2,023.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 14,023.00 | 2.77% |
| Catering Commission & Meal D | 0.00 | | 150.00 | | 150.00 | | 150.00 | | 150.00 | | 150.00 | | 150.00 | | 900.00 | 0.18% |
| **Net Sales** | 56,178.00 | 100.00% | 67,850.00 | 100.00% | 71,850.00 | 100.00% | 80,850.00 | 100.00% | 76,850.00 | 100.00% | 78,850.00 | 100.00% | 73,850.00 | 100.00% | 506,278.00 | 100.00% |
| | | | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | |
| Cost of Sales - Food | 16,853.40 | 30.00% | 16,962.50 | 25.00% | 21,555.00 | 30.00% | 24,255.00 | 30.00% | 23,055.00 | 30.00% | 23,655.00 | 30.00% | 22,155.00 | 30.00% | 148,490.90 | 32.00% |
| Cost of Sales - Paper | 1,852.96 | 3.30% | 2,237.94 | 3.30% | 2,369.88 | 3.30% | 2,666.73 | 3.30% | 2,534.80 | 3.30% | 2,600.76 | 3.30% | 2,435.85 | 3.30% | 16,698.91 | 3.30% |
| Cost of Sales - Retail | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total COGS** | 18,706.36 | 33.30% | 19,200.44 | 28.30% | 23,924.88 | 33.30% | 26,921.73 | 33.30% | 25,589.80 | 33.30% | 26,255.76 | 33.30% | 24,590.85 | 31.19% | 165,189.81 | 32.63% |
| | | | | | | | | | | | | | | | | |
| COS - Labor-Hourly | 13,482.72 | 24.00% | 13,570.00 | 20.00% | 14,370.00 | 20.00% | 16,170.00 | 20.00% | 15,370.00 | 20.00% | 15,770.00 | 20.00% | 14,770.00 | 20.00% | 103,502.72 | 20.44% |
| COS - Baker-Wages | 3,200.00 | 5.70% | 3,200.00 | 4.72% | 3,200.00 | 4.45% | 3,200.00 | 3.96% | 3,200.00 | 4.16% | 3,200.00 | 4.06% | 3,200.00 | 4.33% | 22,400.00 | 4.42% |
| COS - Labor-Salary | 3,500.00 | 6.23% | 3,500.00 | 5.16% | 3,500.00 | 4.87% | 3,500.00 | 4.33% | 3,500.00 | 4.55% | 3,500.00 | 4.44% | 3,500.00 | 4.74% | 24,500.00 | 4.84% |
| COS - Labor-Fringes | 1,800.00 | 3.20% | 1,800.00 | 2.65% | 1,800.00 | 2.51% | 1,800.00 | 2.23% | 1,800.00 | 2.34% | 1,800.00 | 2.28% | 1,800.00 | 2.44% | 12,600.00 | 2.49% |
| **Total Labor** | 21,982.72 | 39.13% | 22,070.00 | 32.53% | 22,870.00 | 31.83% | 24,670.00 | 30.51% | 23,870.00 | 31.06% | 24,270.00 | 30.78% | 23,270.00 | 31.51% | 163,002.72 | 32.20% |
| | | | | | | | | | | | | | | | | |
| **Total Cost of Goods Sold** | 40,689.08 | 72.43% | 41,270.44 | 60.83% | 46,794.88 | 65.13% | 51,591.73 | 63.81% | 49,459.80 | 64.36% | 50,525.76 | 64.08% | 47,860.85 | 60.70% | 328,192.53 | 64.82% |
| | | | | | | | | | | | | | | | | |
| **Gross Profit On Sales** | 15,488.92 | 27.57% | 26,579.56 | 39.17% | 25,055.12 | 34.87% | 29,258.27 | 36.19% | 27,390.20 | 35.64% | 28,324.24 | 35.92% | 25,989.15 | 32.96% | 178,085.47 | 35.18% |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| **Controllables:** | | | | | | | | | | | | | | | | |
| Repair & Maintenance | 50.00 | 0.09% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.12% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 650.00 | 0.13% |
| Catering Expense | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (69.60) | (0.12%) | (487.19) | (0.10%) |
| Cash (Over)/Short | (96.00) | (0.17%) | (97.00) | (0.14%) | (108.00) | (0.15%) | (110.00) | (0.14%) | (70.00) | (0.09%) | (150.00) | (0.19%) | (100.00) | (0.14%) | (731.00) | (0.14%) |
| Cleaning Expense | 100.00 | 0.18% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.12% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 700.00 | 0.14% |
| Grease Trap | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Telephone & Internet expense | 380.00 | 0.68% | 350.00 | 0.52% | 350.00 | 0.49% | 350.00 | 0.43% | 325.00 | 0.42% | 350.00 | 0.44% | 380.00 | 0.51% | 2,485.00 | 0.49% |
| Office Supplies | 70.00 | 0.12% | 70.00 | 0.10% | 70.00 | 0.10% | 70.00 | 0.09% | 70.00 | 0.09% | 70.00 | 0.09% | 70.00 | 0.09% | 490.00 | 0.10% |
| Printing & Postage | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Flower & Decorations | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Kitchen Supplies | 100.00 | 0.18% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.12% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 700.00 | 0.14% |
| Uniforms Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| EE bonus, rewards, incentives | 74.60 | 0.13% | 74.60 | 0.11% | 74.60 | 0.10% | 74.60 | 0.09% | 74.60 | 0.10% | 74.60 | 0.09% | 74.60 | 0.10% | 522.23 | 0.10% |
| Utility Expense | 1,700.00 | 3.03% | 1,500.00 | 2.21% | 1,500.00 | 2.09% | 1,500.00 | 1.86% | 1,500.00 | 1.95% | 1,300.00 | 1.65% | 1,200.00 | 1.62% | 10,200.00 | 2.01% |
| Other Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Controllables** | 2,309.01 | 4.11% | 2,128.01 | 3.79% | 2,117.01 | 3.77% | 2,115.01 | 3.76% | 2,130.01 | 3.79% | 1,875.01 | 3.34% | 1,855.01 | 3.30% | 14,529.05 | 2.87% |
| | | | | | | | | | | | | | | | | |
| **Gross Profit Less Controllable** | 13,179.92 | 23.46% | 24,451.55 | 36.04% | 22,938.12 | 31.93% | 27,143.26 | 33.57% | 25,260.20 | 32.87% | 26,449.23 | 33.54% | 24,134.15 | 32.68% | 163,556.42 | 32.31% |
| | | | | | | | | | | | | | | | | |
| **Uncontrollables:** | | | | | | | | | | | | | | | | |
| Rent | 16,302.00 | 29.02% | 16,302.00 | 24.03% | 16,302.00 | 22.69% | 16,302.00 | 20.16% | 16,302.00 | 21.21% | 16,302.00 | 20.67% | 16,302.00 | 22.07% | 114,114.00 | 22.54% |
| Rent - Deferred | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Equipment Leases | 58.00 | 0.10% | 58.00 | 0.09% | 58.00 | 0.08% | 58.00 | 0.07% | 58.00 | 0.08% | 58.00 | 0.07% | 58.00 | 0.08% | 406.00 | 0.08% |
| Royalties expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Franchies Mkt Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| CAM | 24.00 | 0.04% | 24.00 | 0.04% | 24.00 | 0.03% | 24.00 | 0.03% | 24.00 | 0.03% | 24.00 | 0.03% | 24.00 | 0.03% | 168.00 | 0.03% |
| Property Taxes | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Marketing | 1,300.00 | 2.31% | 1,300.00 | 1.92% | 1,400.00 | 1.95% | 1,400.00 | 1.73% | 1,400.00 | 1.82% | 1,400.00 | 1.78% | 1,400.00 | 1.90% | 9,600.00 | 1.90% |
| Loyalty | 250.00 | 0.45% | 250.00 | 0.37% | 250.00 | 0.35% | 250.00 | 0.31% | 250.00 | 0.33% | 250.00 | 0.32% | 250.00 | 0.34% | 1,750.00 | 0.35% |
| Accounting fees | 350.00 | 0.62% | 350.00 | 0.52% | 350.00 | 0.49% | 350.00 | 0.43% | 350.00 | 0.46% | 350.00 | 0.44% | 350.00 | 0.47% | 2,450.00 | 0.48% |
| Professional Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Legal fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bank Charges | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Credit Card Service Fees | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 1,123.56 | 2.00% | 7,864.92 | 1.55% |
| Dues & Subscriptions | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Transportation Fuel expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bad Debt Exp | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Pest Control | 50.00 | 0.09% | 50.00 | 0.07% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 350.00 | 0.07% |
| Waste Removal | 300.00 | 0.53% | 300.00 | 0.44% | 300.00 | 0.42% | 300.00 | 0.37% | 300.00 | 0.39% | 300.00 | 0.38% | 300.00 | 0.41% | 2,100.00 | 0.41% |
| Computer Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Travel | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Car Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Business Meals | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Insurance Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Unemployment Insurance Expe | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 393.25 | 0.70% | 2,752.72 | 0.54% |
| Unemployment Insurance Expe | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 112.36 | 0.20% | 786.49 | 0.16% |
| Music & Entertainment Expens | 50.00 | 0.09% | 50.00 | 0.07% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 50.00 | 0.06% | 50.00 | 0.07% | 350.00 | 0.07% |
| Tax Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| License & Permits Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Uncontrollables** | 20,313.16 | 36.16% | 20,313.16 | 36.16% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 20,413.16 | 36.34% | 142,692.13 | 28.18% |
| | | | | | | | | | | | | | | | | |
| **Total Operating Expense** | 22,622.17 | 40.27% | 22,441.17 | 33.07% | 22,530.17 | 31.36% | 22,528.17 | 27.86% | 22,543.17 | 29.33% | 22,288.17 | 28.27% | 22,268.17 | 30.15% | 157,221.18 | 31.05% |
| | | | | | | | | | | | | | | | | |
| **Net Income(Loss)** | (7,133.25) | (12.70%) | 4,138.39 | 6.10% | 2,524.95 | 3.51% | 6,730.10 | 8.32% | 4,847.04 | 6.31% | 6,036.07 | 7.66% | 3,720.99 | 5.04% | 20,864.29 | 4.12% |

Disclaimer
The accompanying financial statements and enclosed schedules have been prepared by Quatro FPO Solutions. The financial statements have not been audited or reviewed and the information presented therein is strictly the representation of the client Quatro FPO Solutions makes no representation as to the accuracy of any information furnished by Retailer and no opinion is expressed or implied as to the These financial statements are intended for the use of internal management only.

## Exhibit A-2

**(Budget for the Stonebridge Location)**

A0010-DK ENTERPRISES (ATL BREAD)
Roswell
Income Statement
For the Four Months Ending April 30, 2019

| Description | Estimated Jun-19 | % | Projected Jul-19 | % | Projected Aug-19 | % | Projected Sep-19 | % | Projected Oct-19 | % | Projected Nov-19 | % | Projected Dec-19 | % | YTD2019 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | | | | | |
| Sales Food | 40,770.00 | 70.04% | 44,000.00 | 70.04% | 46,000.00 | 70.04% | 50,000.00 | 70.04% | 50,000.00 | 70.04% | 46,000.00 | 70.04% | 46,000.00 | 70.04% | 322,770.00 | 80.10% |
| Sales - Catering | 23,572.00 | 44.82% | 26,500.00 | 44.82% | 30,000.00 | 44.82% | 30,500.00 | 44.82% | 31,000.00 | 44.82% | 30,000.00 | 44.82% | 26,000.00 | 44.82% | 197,572.00 | 30.14% |
| **Gross Sales** | 64,342.00 | 114.86% | 70,500.00 | 114.86% | 76,000.00 | 114.86% | 80,500.00 | 114.86% | 81,000.00 | 114.86% | 76,000.00 | 114.86% | 72,000.00 | 114.86% | 520,342.00 | 110.24% |
| | | | | | | | | | | | | | | | | |
| Discount & Comp | 2,469.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 8,469.00 | |
| Catering Commission & Meal D | 3,395.00 | | 1,000.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,500.00 | | 1,000.00 | | 11,395.00 | |
| **Net Sales** | 58,478.00 | 100.00% | 68,500.00 | 100.00% | 73,500.00 | 100.00% | 78,000.00 | 100.00% | 78,500.00 | 100.00% | 73,500.00 | 100.00% | 70,000.00 | 100.00% | 500,478.00 | 100.00% |
| | | | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | |
| Cost of Sales - Food | 17,543.40 | 30.00% | 20,550.00 | 30.00% | 22,050.00 | 30.00% | 23,400.00 | 30.00% | 23,550.00 | 30.00% | 22,050.00 | 30.00% | 21,000.00 | 30.00% | 150,143.40 | 30.00% |
| Cost of Sales - Paper | 2,784.81 | 4.76% | 3,262.07 | 4.76% | 3,500.17 | 4.76% | 3,714.47 | 4.76% | 3,738.28 | 4.76% | 3,500.17 | 4.76% | 3,333.50 | 4.76% | 23,833.48 | 4.76% |
| Cost of Sales - Retail | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total COGS** | 20,328.21 | 34.76% | 23,812.07 | 34.76% | 25,550.17 | 34.76% | 27,114.47 | 34.76% | 27,288.28 | 34.76% | 25,550.17 | 34.76% | 24,333.50 | 34.76% | 173,976.88 | 34.76% |
| | | | | | | | | | | | | | | | | |
| COS - Labor-Hourly | 11,110.82 | 19.00% | 13,015.00 | 19.00% | 13,965.00 | 19.00% | 14,820.00 | 19.00% | 14,915.00 | 19.00% | 13,965.00 | 19.00% | 13,300.00 | 19.00% | 95,090.82 | 19.00% |
| COS - Baker-Wages | 3,000.00 | 5.13% | 3,000.00 | 4.38% | 3,000.00 | 4.08% | 3,000.00 | 3.85% | 3,000.00 | 3.82% | 3,000.00 | 4.08% | 3,000.00 | 4.29% | 21,000.00 | 4.20% |
| COS - Labor-Salary | 3,300.00 | 5.64% | 3,300.00 | 4.82% | 3,300.00 | 4.49% | 3,300.00 | 4.23% | 3,300.00 | 4.20% | 3,300.00 | 4.49% | 3,300.00 | 4.71% | 23,100.00 | 4.62% |
| COS - Labor-Fringes | 1,800.00 | 3.08% | 1,800.00 | 2.63% | 1,800.00 | 2.45% | 1,800.00 | 2.31% | 1,800.00 | 2.29% | 1,800.00 | 2.45% | 1,800.00 | 2.57% | 12,600.00 | 2.52% |
| **Total Labor** | 19,210.82 | 32.85% | 21,115.00 | 30.82% | 22,065.00 | 30.02% | 22,920.00 | 29.38% | 23,015.00 | 29.32% | 22,065.00 | 30.02% | 21,400.00 | 30.57% | 151,790.82 | 30.33% |
| | | | 10.34% | | | 8.88% | | 8.52% | | | | | | | | |
| **Total Cost of Goods Sold** | 39,539.03 | 67.61% | 44,927.07 | 65.59% | 47,615.17 | 64.78% | 50,034.47 | 64.15% | 50,303.28 | 64.08% | 47,615.17 | 64.78% | 45,733.50 | 65.33% | 325,767.70 | 65.09% |
| | | | | | | | | | | | | | | | | |
| **Gross Profit On Sales** | 18,938.97 | 32.39% | 23,572.93 | 34.41% | 25,884.83 | 35.22% | 27,965.53 | 35.85% | 28,196.72 | 35.92% | 25,884.83 | 35.22% | 24,266.50 | 34.67% | 174,710.30 | 34.91% |
| | | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | | |
| **Controllables:** | | | | | | | | | | | | | | | | |
| Repair & Maintenance | 0.00 | 0.00% | 150.00 | 0.22% | 250.00 | 0.34% | 300.00 | 0.38% | 350.00 | 0.45% | 350.00 | 0.48% | 400.00 | 0.57% | 1,800.00 | 0.36% |
| Catering Expense | 42.83 | 0.07% | 50.17 | 0.07% | 53.83 | 0.07% | 57.12 | 0.07% | 57.49 | 0.07% | 53.83 | 0.07% | 51.26 | 0.07% | 366.52 | 0.07% |
| Cash (Over)/Short | (2.82) | (0.00%) | (3.30) | (0.00%) | (3.54) | (0.00%) | (3.76) | (0.00%) | (3.78) | (0.00%) | (3.54) | (0.00%) | (3.37) | (0.00%) | (24.11) | (0.00%) |
| Cleaning Expense | 200.00 | 0.34% | 200.00 | 0.29% | 200.00 | 0.27% | 200.00 | 0.26% | 200.00 | 0.25% | 200.00 | 0.27% | 200.00 | 0.29% | 1,400.00 | 0.28% |
| Grease Trap | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Telephone & Internet expense | 150.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 130.00 | 0.40% | 930.00 | 0.19% |
| Office Supplies | 0.00 | 0.00% | 91.65 | 0.13% | 98.34 | 0.13% | 104.36 | 0.13% | 105.03 | 0.13% | 98.34 | 0.13% | 93.66 | 0.13% | 591.40 | 0.12% |
| Printing & Postage | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Flower & Decorations | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Kitchen Supplies | 100.00 | 0.17% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 100.00 | 0.14% | 700.00 | 0.14% |
| Uniforms Expense | 95.00 | 0.14% | 98.09 | 0.14% | 103.11 | 0.14% | 109.42 | 0.14% | 110.12 | 0.14% | 103.11 | 0.14% | 98.20 | 0.14% | 715.04 | 0.14% |
| EE bonus, rewards, incentives | 50.00 | 0.09% | 100.00 | 0.15% | 100.00 | 0.14% | 100.00 | 0.13% | 100.00 | 0.13% | 100.00 | 0.14% | 100.00 | 0.14% | 650.00 | 0.13% |
| Utility Expense | 2,500.00 | 4.28% | 2,500.00 | 3.65% | 2,500.00 | 3.40% | 2,000.00 | 2.56% | 2,000.00 | 2.55% | 2,000.00 | 2.72% | 2,000.00 | 2.86% | 15,500.00 | 3.10% |
| Other Expenses | 48.71 | 0.08% | 57.06 | 0.08% | 61.23 | 0.08% | 64.98 | 0.08% | 65.39 | 0.08% | 61.23 | 0.08% | 58.31 | 0.08% | 416.91 | 0.08% |
| **Total Controllables** | 3,183.72 | 5.44% | 3,471.67 | 5.07% | 3,592.96 | 4.89% | 3,162.13 | 4.05% | 3,214.25 | 4.09% | 3,192.96 | 4.34% | 3,228.06 | 4.61% | 23,045.77 | 4.60% |
| | | | | | | | | | | | | | | | | |
| **Gross Profit Less Controllab** | 15,755.25 | 26.94% | 20,101.26 | 29.34% | 22,291.86 | 30.33% | 24,803.40 | 31.80% | 24,982.46 | 31.82% | 22,691.86 | 30.87% | 21,038.44 | 30.05% | 151,664.54 | 30.30% |
| | | | | | | | | | | | | | | | | |
| **Uncontrollables:** | | | | | | | | | | | | | | | | |
| Rent | 10,350.55 | 17.62% | 10,350.55 | 15.11% | 10,350.55 | 14.08% | 10,350.55 | 13.27% | 10,350.55 | 13.19% | 10,350.55 | 14.08% | 10,350.55 | 14.79% | 72,453.85 | 14.48% |
| Rent - Deferred | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Equipment Leases | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Royalties expense | 2,923.90 | 5.00% | 3,425.00 | 5.00% | 3,675.00 | 5.00% | 3,900.00 | 5.00% | 3,900.00 | 5.00% | 3,675.00 | 5.00% | 3,500.00 | 5.00% | 25,023.90 | 5.00% |
| Franchies Mkt Fees | 1,169.56 | 2.00% | 1,370.00 | 2.00% | 1,470.00 | 2.00% | 1,560.00 | 2.00% | 1,570.00 | 2.00% | 1,470.00 | 2.00% | 1,400.00 | 2.00% | 10,009.56 | 2.00% |
| CAM | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Property Taxes | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Marketing | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Loyalty | 146.20 | 0.25% | 150.00 | 0.22% | 150.00 | 0.20% | 150.00 | 0.19% | 150.00 | 0.19% | 150.00 | 0.20% | 150.00 | 0.21% | 1,046.20 | 0.21% |
| Accounting fees | 350.00 | 0.60% | 350.00 | 0.51% | 350.00 | 0.48% | 350.00 | 0.45% | 350.00 | 0.45% | 350.00 | 0.48% | 350.00 | 0.50% | 2,450.00 | 0.49% |
| Professional Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Legal fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bank Charges | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Credit Card Service Fees | 1,169.56 | 2.00% | 1,472.75 | 2.15% | 1,580.25 | 2.15% | 1,677.00 | 2.15% | 1,876.15 | 2.39% | 1,756.65 | 2.39% | 1,673.00 | 2.39% | 11,205.36 | 2.39% |
| Dues & Subscriptions | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Transportation Fuel expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bad Debt Exp | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Pest Control | 75.00 | 0.13% | 75.00 | 0.11% | 75.00 | 0.10% | 75.00 | 0.10% | 75.00 | 0.10% | 75.00 | 0.10% | 75.00 | 0.11% | 525.00 | 0.10% |
| Waste Removal | 300.00 | 0.51% | 300.00 | 0.44% | 300.00 | 0.41% | 300.00 | 0.38% | 300.00 | 0.38% | 300.00 | 0.41% | 300.00 | 0.43% | 2,100.00 | 0.42% |
| Computer Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Travel | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Car Expenses | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Business Meals | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Insurance Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Unemployment Insurance Expe | 438.59 | 0.75% | 548.00 | 0.80% | 588.00 | 0.80% | 624.00 | 0.80% | 628.00 | 0.80% | 588.00 | 0.80% | 560.00 | 0.80% | 3,974.59 | 0.80% |
| Unemployment Insurance Expe | 87.72 | 0.15% | 102.75 | 0.15% | 110.25 | 0.15% | 117.00 | 0.15% | 117.75 | 0.15% | 110.25 | 0.15% | 105.00 | 0.15% | 750.72 | 0.15% |
| Music & Entertainment Expens | 116.96 | 0.20% | 137.00 | 0.20% | 147.00 | 0.20% | 156.00 | 0.20% | 157.00 | 0.20% | 147.00 | 0.20% | 140.00 | 0.20% | 1,000.96 | 0.20% |
| Tax Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| License & Permits Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| **Total Uncontrollables** | 17,128.02 | 29.29% | 18,281.05 | 26.69% | 18,796.05 | 25.57% | 19,259.55 | 24.69% | 19,499.45 | 24.84% | 18,972.45 | 25.81% | 18,603.55 | 26.58% | 130,540.12 | 26.08% |
| | | | | | | | | | | | | | | | | |
| **Total Operating Expense** | 20,311.75 | 34.73% | 21,752.72 | 31.76% | 22,389.01 | 30.46% | 22,421.68 | 28.75% | 22,713.70 | 28.93% | 22,165.41 | 30.16% | 21,831.61 | 31.19% | 153,585.89 | 30.69% |
| | | | | | | | | | | | | | | | | |
| **Net Income/(Loss)** | (1,372.77) | (2.35%) | 1,820.21 | 2.66% | 3,495.81 | 4.76% | 5,543.85 | 7.11% | 5,483.01 | 6.98% | 3,719.41 | 5.06% | 2,434.89 | 3.48% | 21,124.41 | 4.22% |

Disclaimer
The accompanying financial statements and enclosed schedules have been prepared by Quatro FPO Solutions.  The financial statements have not been audited or reviewed and the information presented therein is strictly the representation of the client
Quatro FPO Solutions makes no representation as to the accuracy of any information furnished by Retailer and no opinion is expressed or implied as to the  These financial statements are intended for the use of internal management only.

## CERTIFICATE OF SERVICE

This is to certify that I, G. Frank Nason, IV, have this date served a true and correct copy of the foregoing EMERGENCY MOTION OF DEBTORS FOR (1) ORDER AUTHORIZING USE OF CASH COLLATERAL ON AN EMERGENCY BASIS TO AVOID IMMEDIATE AND IRREPARABLE HARM, AND FOR (2) FINAL ORDER AUTHORIZING CASH COLLATERAL USE by email to the parties listed below. An additional Certificate of Service will be submitted setting forth additional service parties.

David S. Weidenbaum
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
david.s.weidenbaum@usdoj.gov

Dated: July 17, 2019

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV

524135